IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEDRO FELIPE URIBE ALVARADO,<br>Plaintiff,<br><br>v.<br><br>CITY OF BERWYN, OFFICER RAUL PEREZ, JR., OFFICER JOSEPH CRUDO, OFFICER VINCENT SHELTON, and OFFICER HUMBERTO ZAMUDIO,<br><br>Defendants. | Case No: 23-cv-17084<br><br>Judge: Hon. Sharon Johnson Coleman<br><br>Mag. Judge: Hon. Jeffrey T. Gilbert<br><br>**JURY TRIAL DEMANDED** |

## JOINT INITIAL STATUS REPORT

**1. Nature of the Case**

*Attorneys of record*:

**Plaintiff**: Harold Hirshman (lead trial attorney), Diane O'Connell, Daniel Massoglia, Emma Melton

**Defendants**: Veronica Bonilla-Lopez (lead trial attorney) for City of Berwyn; and Andrew Y. Acker (lead trial attorney), Michael R. Durkin and Adam R. Durkin for Defendants Raul Perez, Jr., Joseph Crudo, Vincent Shelton, Humberto Zamudio.

*Nature of the claims asserted in the complaint and any counterclaims*:

The Complaint alleges violations of the Fourth Amendment (false arrest, wrongful seizure of property) and also brings claims under Illinois state law (malicious prosecution, indemnification) stemming from Plaintiff's November 29, 2022 arrest by Defendants for driving without a valid driver's license, 625 ILCS 5/6-101, which led to the impoundment of his vehicle and which was dismissed on December 28, 2022. There are no counter-claims.

*Major factual and legal issues*:

**Plaintiff's position**: Plaintiff contends that the arrest, prosecution, and impoundment were unreasonable because he was legally authorized to drive on his valid foreign driver's license at the time because the incident was within his first 90 days of residency in Illinois, *see* 625 ILCS 5/6-102, and further unreasonable because he only spoke Spanish on that date and Defendants did not speak to him in Spanish, did not call a Spanish-speaking officer, and did not listen to or examine additional documentation or explanation that he was legally allowed to drive on his foreign license at that time under Illinois law.

**Defendants' position**: Defendants deny the arrest, prosecution and impoundment were unlawful. The Individual Defendants acted upon probable cause. They further deny the factual contentions as asserted by Plaintiff. Defendants state affirmatively that Defendant Officer Zamudio, a Spanish speaking police officer on patrol of the time of the incident was dispatched to the scene of the traffic stop to converse with Plaintiff in Spanish, and translate English to Spanish for Plaintiff. Defendants contend that at no time, either in Spanish or English, did Plaintiff relay to them that the incident was within Plaintiff's first 90 days of residency in Illinois. For arguments sake, Defendants contend that if they did not have probable cause for the Plaintiff's arrest, they had arguable probable cause and therefore should be afforded qualified immunity.

*Relief sought*:

**Plaintiff's position**: Plaintiff's complaint seeks compensatory and punitive damages. Plaintiff intended by filing his suit, consistent with the reformatory purposes of 42 U.S.C. § 1983, to generate impetus for change in Berwyn language access policies so that others who do not speak English are not subjected to similar treatment.

2

**Defendants' position**: Defendants contend that Plaintiff is not entitled to any relief as the Individual Defendants acted lawfully and within the bounds of the law and are furthermore qualified immune from the 42 U.S.C. § 1983 claims.

*General status of case*:

The parties are engaged in ongoing discussions regarding possible settlement; Defendants recently sought, and Plaintiff did not oppose, an additional extension of time to Answer or otherwise plead in light of these negotiations.

2. **Pending Motions**

Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead [Dkt. 23] is pending before the Court.

3. **Proposed Discovery Schedule**:

The parties propose the following discovery schedule:

Rule 26(a)(1) Disclosures due: 14 days after Defendants' responsive pleading.
Initial written discovery to issue: 14 days after Rule 26(a)(1) disclosures.
Fact discovery close: 5 months after written discovery issues.

The parties are presently uncertain as to the need for expert discovery and request to advise the Court, and provide a possible schedule, closer to the conclusion of fact discovery.

4. **Trial**

Plaintiff requests a jury trial. The parties anticipate that a trial would last approximately 3 days.

5. **Status of Settlement Discussions**

The parties are engaged in ongoing settlement discussions. The parties do not at this point request a settlement conference or have an interest in pursuing arbitration and mediation, but will inform the Court promptly if this changes.

6. **Consent to Proceed Before the Magistrate Judge**

The parties do consent to proceed before the designated magistrate judge.

Respectfully Submitted,

/s/ Daniel E. Massoglia

*One of Plaintiff's Attorneys*

Emma Melton
Daniel Massoglia
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 708-797-3066
E: emma@first-defense.org
E: daniel@first-defense.org

Harold Hirshman
Diane O'Connell
DENTONS US LLP.
233 S. Wacker Dr.
Suite 5900
Chicago, IL 60606
(312) 876-8000
Diane.oconnell@dentons.com
Harold.hirshman@dentons.com

Andrew Yahres Acker
Michael R. Durkin
Storino, Ramello & Durkin
9501 W. Devon Ave., Ste. 800
Rosemont, IL 60018
andrew@srd-law.com
mdurkin2@srd-law.com
adurkin@srd-law.com

Veronica Bonilla-Lopez
Del Galdo Law Group
1441 S. Harlem Ave.
Berwyn, IL 60402
vblopez@dlglawgroup.com

Respectfully Submitted,

5

/s/ Veronica Bonilla-Lopez

*Attorney for the City of Berwyn*

## CERTIFICATE OF SERVICE

    I, Daniel Massoglia, an attorney, hereby certify that a copy of this document was filed on February 26, 2024 using the Court's CM/ECF filing system, which generates electronic notice to all parties of record in the case.

                                      Respectfully submitted,
                                                      Daniel Massoglia
                                                *One of Plaintiff's Attorneys*