IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEDRO FELIPE URIBE ALVARADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. 23-cv-17084 |
| CITY OF BERWYN, OFFICER RAUL PEREZ, ) | |
| JR., OFFICER JOSEPH CRUDO, OFFICER ) | |
| VINCENT SHELTON, and OFFICER ) | |
| HUMBERTO ZAMUDIO, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that this action, including all claims and counterclaims therein, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The dismissal is to be converted to a dismissal with prejudice, without further leave of court on February 12, 2025. Each party shall bear its own costs and fees. Under the authority of *Kokkonen v. Guardian Life Insurance Company of America,* 511 U.S. 375, 381-82 (1994), the Court shall retain jurisdiction of this matter solely to enforce the settlement agreement entered into between the parties.

Dated: January 10, 2025

By: _/s/Daniel E Massoglia
Daniel Massoglia
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 336 575 6968
E: daniel@first-defense.org

By: _/s/ Veronica Bonilla-Lopez_

Veronica Bonilla-Lopez (ARDC #6251080)
Del Galdo Law Group, LLC
Attorneys for Defendant City of Berwyn
1441 S. Harlem Avenue
Berwyn, IL 60402
708-222-7000/ 708-222-7001 Fax
*vblopez@dlglawgroup.com*

*/s/ Michael R. Durkin*
Michael R. Durkin
Storino, Ramello & Durkin
Attorneys for the Individual Defendants
9501 West Devon Avenue, Suite 800
Rosemont, IL 60018
847-318-9500 x164/ 847-318-9509 Fax
*mdurkin2@srd-law.com*